# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZHEN WEI, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:23-cv-00774-BAH |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF STATE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties agree to bear their own costs and fees.

Date: August 28, 2023,                           Respectfully Submitted,


/s/*Jonathan D. Wasden*
JONATHAN D. WASDEN
DDC MS0011
MSB 100563
Wasden Law
9427 Goldfield Lane
Burke, VA 22015 -1173
843.872.4978
jon@wasden.law

Attorney for Plaintiff

1